UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Reid, et al,

                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-626 ( ) ( )

Defendant __Isaiah Santos__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

___Isaiah Santos by JMS___      ___Jesse M. Siegel___
Defendant's Signature                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Isaiah Santos___         ___Jesse M. Siegel___
Print Defendant's Name            Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/1/2020                          ___Andrew Krause___
Date                                U.S. District Judge/U.S. Magistrate Judge