# UNITED STATES DISTRICT COURT
### THE CHARLES L. BRIEANT, JR.
### FEDERAL BUILDING AND UNITED STATES COURTHOUSE
### 3OO QUARROPAS ST.
### WHITE PLAINS, NEW YORK 10601
### 914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| |
|---|
| USDC SDNY |
| Document |
| Electronically Filed |
| Doc #  ⎯⎯⎯⎯⎯⎯ |
| Date Filed:  September 9, 2021 |

United States District Court
Southern District of New York

----------------------------------------------------------X

United States of America,

                 Plaintiff               **SCHEDULING ORDER**

      -against-

                                           7:20-cr-00626-PMH-15

Isaiah Santos

               Defendant

----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a change of counsel hearing  for 9/16/2021 at 12pm before Magistrate Judge
Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant,
Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY
      courthouse must complete a questionnaire and have his or her temperature taken.  The
      questionnaire is located on the Court's website at
      https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  9/9/2021
       White Plains, New York

                                  SO ORDERED:

                                s/       PED
                                ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

                                PAUL E. DAVISON
                                United States Magistrate Judge