RICHARD B. LIND, ESQ.
Attorney at Law
575 Lexington Avenue – 4th Floor
New York, NY 10022
Cellphone: (917) 747-9603 Email: rlind@lindlawyer.com

December 22, 2021

***Via ECF***

Hon. Philip M. Halpern
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re: <u>United States v. Isaiah Santos</u>
       S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

  In mid-September, I was appointed CJA attorney to replace prior counsel and represent Defendant Isaiah Santos in the above-referenced matter. He is charged in Counts One (Racketeering Conspiracy), Count Sixteen (Racketeering Conspiracy), and Count Eighteen, (Brandishing a Firearm in Furtherance of Drug Trafficking Crime). I write to request an opportunity to make an application for bail on Isaiah's behalf at the earliest available opportunity.

  In part, the bail package I will propose for the Court's consideration will contain the following:

1. Bond in the amount of $150,000 - $250,000, secured by six financially responsible co-signers, namely:

(i) Carmen Rios (paternal grandmother)
442 Springwood Court
Longwood, FL 32750
Phone number: (407) 431-2448
Home value: $294,000

(ii) Gabriel Martinez (paternal uncle)
574 Eldron Avenue

        Deltona, Fl  32738
        (407) 360-0087
        Home value: $242,800
        Employer: Progress Residential
        Salary: $56,000; Title: "make-ready" Superintendent

(iii) Chalsy Miranda (mother)
        154 East 175 Street, Apt. A
        Bronx, NY 10457
        Salary: $55,321
        Employer: NYC Dept. of Health and Mental Hygiene
        Title: Laboratory Technician II

(iv) Ashley Santos (sister)
        860 Columbus Avenue, Apt. 1D
        New York, NY 10025
        347-617-7923 (mobile)
        Position: Department Assistant
        Salary: $34,000
        Currently completing Bachelor of Social Work
          @ Lehman Community college, Bronx, NY

(v) Andre Santos (brother)
        154 East 175 Street, Apt. A
        Bronx, NY 10457
        321-295-3830
        Employer: Chipotle Mexican Grill
        Position: Service Manager
        Salary: $40,000

(vi) Amaris Santos (sister)
        Employer: Aster OB/GYN
        240 West 98th Street, Apt 1E
        New York, NY 10025
        212-662-6100
        Position: Receptionist
        Salary: $30,000

      As can be seen, Ms. Rios and Mr. Martinez are also willing to post their houses as security for bail purposes.

      In addition, it should be noted, that Isaiah, who recently turned 20 years of age, has never been convicted of a crime. He moved to New York City in 2007. He was attending Edward A. Reynolds High School in upper Manhattan from first grade to 11th grade and received an "EP" (individualized education plan. In addition, Isaiah received SSI disability income for a mental disability until he was 18 years old

Thank you for the Court's consideration of this application.

Respectfully submitted,<br>/s/<br><br>Richard B. Lind

cc: All Counsel (by ECF)