**RICHARD B. LIND, ESQ.**
Attorney at Law
16 Sutton Place (New Address)
New York, NY 10022
Cellphone: (917) 747-9603 Email: rlind@lindlawyer.com

January 7, 2022

***Via ECF***

Hon. Philip M. Halpern
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. Isaiah Santos
                  S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

      On December 22, 2021, on behalf of Defendant Isaiah Santos, I submitted an application for bail in the above-referenced matter. In an Order dated December 27, 2021, Your Honor directed me and the government to coordinate with the Magistrate Court to consider the application. Soon thereafter, AUSA Logarajah notified me that a Magistrate Judge had already rejected an earlier bail application made by different counsel. I would like to make an application to Your Honor as an appeal of the earlier decision. I am available on January 13 in the afternoon; all day on January 14, and January 17; after that date I am unavailable between January 18 to the end of the month.

      Thank you for the Court's consideration of this application.

                                                              Respectfully submitted,
                                                               /s/

                                                               Richard B. Lind

cc: All Counsel (By ECF)