UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Isaiah Santos,**
              Defendant.
-----------------------------------------------------------x

**SCHEDULING ORDER**

S8 20 Cr. 626-15 (PMH)

The Court has scheduled a Change of Plea Hearing for August 8, 2022 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: July 19, 2022

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J