# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

**By ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Reid* et al., 20 Cr. 626

Dear Judge Halpern:

> Application granted. Sentencing is adjourned to April 5, 2023 at 11:00 a.m. Defendant's sentencing submission is due March 15, 2023 and the Government's submission is due March 22, 2023.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 26, 2023

On behalf of Isaiah Santos and with the consent of the government, I write to respectfully request an adjournment of the February 8 sentencing hearing to allow the defense to collect additional materials relevant to sentencing.

Mr. Santos is facing a seven-year, mandatory-minimum sentence under 18 U.S.C. § 924(c)(1)(A)(ii). The defense is still in the process of collecting records and testimonial letters to use in mitigation. Accordingly, Mr. Santos respectfully requests a 30-day adjournment of the sentencing hearing.

This is Mr. Santos's first request for an adjournment. I have consulted with AUSA David Felton who does not object to this request. Thank you for your considerate attention to this matter.

Respectfully submitted,

Ezra Spilke

cc:     AUSA David Felton by ECF