UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Isaiah Santos,**
                    Defendant.
-----------------------------------------------------------x

**RESCHEDULING ORDER**

7- 20-cr-00626-15 PMH

Sentencing in this matter is rescheduled to <u>April 7, 2023 at 9:30 am</u> in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

SO-ORDERED:

Dated: White Plains, New York
       April 3, 2023

_____
Philip M. Halpern
United States District Judge