UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **ORDER**
                                   :
ISAIAH SANTOS,                     :     7:20-cr-626-15 (PMH)
                                   :
                  Defendant.       :
-----------------------------------------------------------x

On November 18, 2025, Defendant Isaiah Santos, proceeding pro se, filed a letter requesting that he serve the remainder of his sentence under home confinement (Doc. 1027), which the Court construes as a motion for compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A). The Government is directed to respond to Defendant's motion by December 8, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant at # 19845-509, FCI Berlin, Federal Correctional Institution, P.O. Box 9000, Berlin, NH 03570.

**SO ORDERED:**

Dated: White Plains, New York
       November 20, 2025

_____
Philip M. Halpern
United States District Judge